## WILKINS v. WEB

John Wilkins pl^t ags^t Nehemiah Webb defend^t in an Action of the case for suffitient security that the said Nehemiah Webb doth & shall make good vnto the said John Wilkins all that right which he hath sould him of howse & Land as by Deede will more fully appeare & due damages according to Attachm^t Dat the 27th day of July 1671 . . . the Jurie . . . found for the Defend^t costs of Court which was twenty two shillings & six pence.   [8]

## HOPPIN v. DOWNES

Stephen Hoppin plantiff against Mehitabell Downes the relict of Edmond Downes Marchant deceased Defend^t according to Attachm^t Dat y^e 3 of October 1671   there not appearing that any goods of the Defend^t was Attached the pl^t was nonsuited.

## SPRAGUE v. COLLINS

Richard Sprauge Master of the shipp Arabella in the behalfe of M^r Thomas Knights owner of said Shipp plantiff against Robert Collins defend^t in an Action of the case for absenting himselfe from the service of the said Knights or his Order & disowening his service whereas he came over a servant to y^e said Knights which is to his great Damage with other due damages according to Attachm^t dated the 4th of 7^br 1671 . . . the Jurie . . . found for the defend^t Costs of Court w^ch is thirty fiue shillings & two pence.

[ A case of kidnapping, the facts of which are explained in Collins's Answer to Sprague's Reasons of Appeal from this Judgment, dated March 4, 1671 (S. F. 1081.3):

Robert Collings being At three severall Courts heild at Boston xcecuted Against by m^r Richard Spreague & m^r Peter Ledged [spelled Lidgett in S. F. 1081.4] in his behalf, And they in every of the sayd Courts Cast: vpon Cleere & just evidence, And yett still they rest vnsatisffied witnes their present appeale: & this we humbly present as an answer to his reasons (Soe Caled) viz; first: he begin his reasons with a false Assertion in affirming that the sd Collings Came one bord the Ship Arrabella, Rich: Sprague master as servant to m^r Knights owner of the sayd ship, which sayd m^r Knights he never did see nor At that time heard off by name, And therfore Could never become his Servant;· But the grounds of his Coming one borde the sayd ship: was by meanes of a suttle Fellow which mett with him in london who sayd he was Botswaine of the ship Arrabella, & he the sayd pretended Botswaine (taken notice of the sayd defendants weaknes & infirmity; he then did improue his oppertunity to gaine his purpose saying that he